UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JOSEPH RAYMOND GEORGE (CASARENO),<br><br>　　Defendant and Judgment Debtor.<br><br>WELLS FARGO BANK, N.A.,<br>(and its Successors and Assignees)<br><br>　　　　　Garnishee. | No.  2:15-mc-00169-WBS-AC<br><br>CRIMINAL CASE NO.:  2:02-CR-00325-WBS<br><br>ORDER OF CONTINUING GARNISHMENT (BANK ACCOUNTS) |
|---|---|

　　　　A Writ of Garnishment (Bank Accounts), directed to the Garnishee Wells Fargo Bank, N.A. and its successors and assignees ("Wells Fargo") has been duly issued and served upon the Garnishee.  The balance owing by the Judgement Debtor on the judgment is $622,545.32 in restitution and a $100.00 special assessment, as shown in the Application for Writ of Garnishment (Bank Accounts) filed herein.

　　　　To collect the unpaid restitution, the United States filed an Application for Writ of Continuing Garnishment on December 28, 2015, against all property in which defendant has an interest.  ECF No. 1.  The Clerk issued a Writ of Continuing Garnishment on December 29, 2015.

////

ECF No. 4.  The United States served Wells Fargo with the writ and its attachments the same day.  ECF No. 3.

On December 31, 2015, Wells Fargo served its Acknowledgement of Service and Answer of Garnishee ("the Answer") on the Defendant and the United States.  ECF No. 7.  The Answer identifies four separate accounts owned by defendant, along with a safety deposit box.  Id. at 1–2.  Wells Fargo described plaintiff's accounts and their approximate value as follows: (1) 7708 - $527.36; (2) 7381 - $21,731.91; (3) 9044 – $4,108.13; and (4) 3824 - $591.59.  Id.  Wells Fargo also identified defendant's safety deposit box number as CAWFB004832021.  Id. at 5.  Later on, the United States deposed defendant and his spouse regarding their finances, and determined that the account ending in 3824 is the separate property of defendant's son.  ECF No. 8 at 2.  Defendant had 20 days from the date Wells Fargo served its Answer to request a hearing objecting to the Answer.  28 U.S.C. § 3205(c)(5).  Defendant has not objected to the Answer nor requested a hearing thereon, and the time for doing so has lapsed.  On January 4, 2016, the Answer was filed with the Clerk's office.  ECF No. 7.

In accordance with 28 U.S.C. 3205(c)(7), after the Garnishee files an Answer, and if no hearing is requested within the required time period, the court shall promptly enter an order directing the Garnishee as to the disposition of the Judgement Debtor's property.

Accordingly, THE COURT HEREBY ORDERS that:

1. Garnishee, Wells Fargo, its successors, transferees and assigns, liquidate and pay to the Clerk of Court, within 21 days of the filing of this order, the contents of the following account numbers: x-7708 in the amount of $527.36, x-7381 in the amount of $21,731.91, and x-9044 in the amount of $4,108.13, plus any subsequent deposits to the accounts after December 31, 2015.

2. The payments required by paragraph 1, above, shall be made to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814.  The docket number (Case No. 2:02-cr-325-WBS) shall be stated on the payment instrument, and if Wells Fargo desires a payment receipt, it shall include a self-addressed, stamped envelope with the payment.

3. The writ is terminated with respect to account number x-3824.

4. Wells Fargo Bank, N.A. shall permit the United States, upon reasonable notice, to inspect, photograph, and inventory the contents of safety deposit box number x-2021 in the presence of a Wells Fargo official. Wells Fargo shall also allow the United States to inspect and copy all records in its possession, custody, or control associated with the creation, maintenance, and access to safety deposit box number x-2021.

5. Wells Fargo Bank, N.A. shall, concurrently with its delivery of the payment specified in paragraph 2 above, file an amended answer stating the final amount garnished in this action if it is more than the $26,367.40 previously stated for the accounts liquidated pursuant to paragraph 1, above.

6. This is a final order of garnishment; upon payment and processing of the garnished amount as ordered above, this writ shall terminate pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED

DATED: March 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3