PHILLIP A. TALBERT
Acting United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916)554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-MC-00169-WBS-AC |
| Plaintiff, | ORDER TERMINATING GARNISHMENT [SAFE DEPOSIT BOX] |
| v. | |
| JOSEPH RAYMOND GEORGE (CASARENO), | Criminal Case No.: 2:02-CR-00325-WBS |
| Defendant and Judgment Debtor. | |
| WELLS FARGO BANK, N.A., (and its Successors and Assignees) | |
| Garnishee. | |

ORDER

The Court, having reviewed the court files and the United States' application for an order terminating the writ of garnishment against Joseph George/Casareno's safe deposit box at the Wells Fargo Bank, N.A. (the Application), and finding good cause therefore, hereby GRANTS the Application. The writ is hereby TERMINATED and the Court is instructed to close the file.

DATED: July 21, 2016

*Allison Claire*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1